DAVID LOPEZ, ESQ.  DL-6779
Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel:         631.287.5520
Fax:        631.283.4735
e-Mail:    DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

        Plaintiff,

- against -

LANNETT COMPANY, INC.,

        Defendant.
_____/

CV – 14  5598 (Wexler, J.)
(Brown, MJ)

NOTICE OF DISMISSAL
WITH PREJUDICE

NOTICE IS HEREBY GIVEN that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Issue has not been joined.

Dated:  Southampton, New York
            November 24, 2014

Yours, etc.

_____
David   Lopez,   Esq.   (DL-6779)

SO ORDERED:

_____
Leonard Wexler, U.S.D.J.
Central Islip, New York
November       , 2014

1