DAVID LOPEZ, ESQ. DL-6779
Attorney for Plaintiff
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11969-0323
Tel: 631.287.5520
Fax: 631.283.4735
e-Mail: DavidLopezEsq@aol.com

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★ **NOV 25 2014** ★

**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

    Plaintiff,

- against -

LANNETT COMPANY, INC.,

    Defendant.

CV – 14 5598 (Wexler, J.)
(Brown, MJ)

**NOTICE OF DISMISSAL WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Issue has not been joined.

Dated: Southampton, New York
November 24, 2014

Yours, etc.

David Lopez, Esq. (DL-6779)

SO ORDERED

Leonard Wexler, U.S.D.J.
Central Islip, New York
November 25, 2014

1